UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                      CHAPTER 13

ANDRE D. BARR                                               CASE NO. 08-70461

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Sierra View Holdings Inc.          **Court claim #:** (if known) **10**

**Last four digits** of any number used to identify the debtor's account: 4 0 5 2

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1876.29 |
| Amount Paid by Trustee | $1876.29 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan            ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  March 14, 2012              /s/Lydia S. Meyer
                                    Lydia S. Meyer, Trustee
                                    308 W. State St., Suite 212
                                    Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 14th Day of March , 2012.

Dated:  March 14, 2012              /s/Cynthia K. Burnard

SIERRA VIEW HOLDINGS INC
% 9969 RIVER WAY
DELTA, BRITISH COLUMBIA
CANADA  VHG1M8

ANDRE D. BARR
1807 E. STATE STREET
ROCKFORD, IL  61104

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111